IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
*ex rel.* SIDESOLVE LLC                                          PLAINTIFFS

v.                                                      Civil No. 1:23-cv-046-MPM-DAS

TRIPLE V, INC.; BIG DADDY
FOODS, INC. d/b/a VOWELL'S
MARKETPLACE; AND
TODD VOWELL                                                    DEFENDANTS

## ORDER

The Relator Sidesolve LLC having filed a Notice of Voluntary Dismissal Without

Prejudice of this action and the United States having filed its Notice of Consent to Dismissal,

pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1.    This action is dismissed without prejudice as to Relator Sidesolve LLC and as to the

       United States;

2.    The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary

       Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this

       Order, and any subsequent filings in this case. All other contents of the Court's file

       in this action shall remain under seal and not be made public.

This __20__ day of __Feb__, 2024.

                                             _____
                                             UNITED STATES DISTRICT JUDGE